UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

TONYA MENCKOWSKI,

    Plaintiff,

v.

CONTINENTAL TIRE
NORTH AMERICA, INC.

    Defendant.                                 No. 15-cv-361-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on the Stipulation of Dismissal executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on October 14, 2015 (Doc. 25), this case is **DISMISSED** with prejudice.

                                                JUSTINE FLANAGAN,
                                                ACTING CLERK OF COURT

                                                BY:     /s/*Caitlin Fischer*
                                                               **Deputy Clerk**

Dated:   October 26, 2015

Digitally signed by
Judge David R. Herndon
Date: 2015.10.26
15:34:00 -05'00'

APPROVED:
         U.S. DISTRICT JUDGE
         U. S. DISTRICT COURT